IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WELLS FARGO BANK N.A.,** *et al.*, | : | |
|     **Plaintiffs** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-4970** |
| | : | |
| **VERNON WILLIAMS,** *et al.*, | : | |
|     **Defendants** | : | |

**ORDER**

This 31st day of October, 2025, upon consideration of the Notice of Removal (ECF No. 2) filed by Defendants Judith and Vernon Williams, the Motion to Remand and for Attorneys' Fees filed by Plaintiffs National Association and Wells Fargo Bank N.A. (ECF No. 5), and the Defendants' Response in Opposition to the Plaintiffs' Motion to Remand (ECF No. 7), it is **ORDERED** that:

    1.    The Plaintiffs' Motion (ECF No. 5) is **GRANTED in part**, to the extent that it seeks remand of this case, and **DENIED in part**, to the extent that it seeks attorneys' fees.

    2.    This case is **REMANDED** to the Philadelphia County Court of Common Pleas for the reasons stated in the Court's accompanying Memorandum.

    3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                              **BY THE COURT:**

                                              **/s/ Gerald Austin McHugh**
                                              **GERALD A. MCHUGH, J.**